HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 990-8681
Email: *kholman@kristinaholman.com*
Attorney for Carol Simon, Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL SIMON,<br><br>        Plaintiff,<br><br>vs.<br><br>MESA VIEW REGIONAL HOSPITAL;<br>QUORUM HEALTH RESOURCES, LLC;<br>QHCCS, LLC; MMC of NEVADA, LLC;<br>DOES I through X, inclusive; and ROE<br>CORPORATIONS 1 through X, inclusive.<br><br>        Defendants. | Case No. 2:23-cv-00078-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br>**(First Request)**<br><br>[ECF No. 24] |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Carol Simon, and Defendant Mesa View Regional

Hospital and MMC of Nevada ("Mesa View"), by and through their respective undersigned

counsel, hereby stipulate to extend the time for Plaintiff to file her opposition to Defendant Mesa

View's Partial Motion for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6).  This is the

parties' first request.

Plaintiff requests two (2) weeks' extension of time, up to and including **Tuesday, June 6,**

**2023,** for the limited purpose of Plaintiff filing her opposition. Plaintiff's counsel has had to take

time for medical treatment which has taken more time than anticipated.

IT IS HEREBY STIPULATED THAT Plaintiff has up to and including Tuesday, June 6,

/ / /

/ / /

2023 to file Plaintiff's Opposition to Defendant Mesa View's Partial Motion to Dismiss for Failure

to State a Claim.

DATED this 23rd day of May, 2023.          DATED this 23rd day of May, 2023.

 /s/ *Kristina S. Holman*                          /s/ *Casey W. Tyler, Esq.*

Kristina S. Holman                         Casey W. Tyler, Esq.

8275 S. Eastern Ave., #215                 Hall Prangle & Schoonveld, LLC

Las Vegas, NV 89123                        1160 N. Town Center, Dr., Ste 200

*Attorney for Plaintiff*                    Las Vegas, NV 89144

                                           *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: <u>May 25, 2023</u>

_____
United States District Judge

-2-