# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL SIMON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MESA VIEW REGIONAL HOSPITAL, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00078-JAD-NJK<br><br>**Order** |

　　　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  *See* Docket No. 20 (motion to dismiss).  A joint proposed discovery plan must be filed by August 31, 2023.

　　　　IT IS SO ORDERED.

　　　　Dated: August 25, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge