CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com

*Attorneys for Defendant*
*MMC of NEVADA, LLC d/b/a*
*MESA VIEW REGIONAL HOSPITAL*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL SIMON,<br><br>                    Plaintiff,<br><br>vs.<br><br>MMC of NEVADA, LLC d/b/a MESA VIEW REGIONAL HOSPITAL; DOES I through X, inclusive; and ROE CORPORATIONS 1 through X, inclusive.<br><br>                    Defendants. | CASE NO.:  2:23-cv-00078-JAD-NJK<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 52 |

IT IS HEREBY STIPULATED AND AGREED, by and between CAROL SIMON ("Plaintiff") and MMC of NEVADA, LLC d/b/a MESA VIEW REGIONAL HOSPITAL ("Defendant"), that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure this matter be dismissed with prejudice, each party to bear her/its own costs and fees.

DATED this the 31st day of January, 2024.

/s/ Kristina S. Holman
KRISTINA S. HOLMAN, ESQ.
Nevada Bar No. 3742
HOLMAN LAW OFFICE
8275 S. Eastern Avenue, Suite 215
Las Vegas, NV 89123

**Attorney for Plaintiff Carol Simon**

DATED this the 31st day of January, 2024.

/s/ Mari K. Schaan
CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144

ERIN PELLETERI HOWSER, ESQ.
(Admitted pro hac vice)
EMILY OLIVIER KESLER, ESQ.
(Admitted pro hac vice)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

**Attorneys for Defendant
MMC of NEVADA, LLC d/b/a
MESA VIEW REGIONAL HOSPITAL**

## ORDER

Based on the parties' stipulation **[ECF No. 52]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 2, 2024